# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Beyer, Laura T. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Western District of North Carolina | 3. Date of Report<br><br>08/10/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>Charles R. Jonas Federal Building<br>401 West Trade St.<br>Charlotte, NC 28202 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (no reportable assets) |
| 2. Partner | ▮ Partnership #1 (reportable assets are listed in Part VII) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beyer, Laura T. | 08/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beyer, Laura T.** | 08/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beyer, Laura T.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. South Georgia Bank (cash) | A | Interest | N | T | | | | | |
| 3. Wells Fargo (cash) | A | Interest | M | T | | | | | |
| 4. Proctor and Gamble Common Stock | A | Dividend | K | T | | | | | |
| 5. Rental House #1, Tifton, GA | D | Rent | M | Q | | | | | |
| 6. Rental House #2, Tifton, GA | C | Rent | M | Q | | | | | |
| 7. Rental House #3, Tifton, GA | D | Rent | M | Q | | | | | |
| 8. Rental House #4, Tifton, GA | D | Rent | L | Q | | | | | |
| 9. Farm Rental Property #1, Ashburn, GA | E | Rent | P1 | W | | | | | |
| 10. Farm Rental Property #2, Ashburn, GA | E | Rent | N | W | | | | | |
| 11. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 12. Guardian Whole Life Policy #1 | B | Dividend | J | T | | | | | |
| 13. Guardian Whole Life Policy #2 | | None | J | T | | | | | |
| 14. Guardian Whole Life Policy #3 | B | Dividend | J | T | | | | | |
| 15. Account #1 (H) | | | | | | | | | |
| 16. American Century Short Duration Inflation Protected Bond Fund (APOHX) | A | Dividend | J | T | Buy<br>(add'l) | 07/24/20 | J | | |
| 17. American Century Short Duration Inflation Protection Bond (APOIX) | A | Dividend | | | Sold | 07/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beyer, Laura T. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Baron Asset Fund Institutional Class (BARIX) | A | Dividend | J | T | | | | | |
| 19. DWS Enhanced Commodity Strategy Fund (SKIRX) | A | Dividend | J | T | | | | | |
| 20. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 21. American Funds Europacific Growth Fund (AEPFX) | A | Dividend | J | T | | | | | |
| 22. Fidelity Advisor Mid Cap II Fund (Y) | | | | | | | | | |
| 23. Fidelity Advisor New Insights Fund (FINSX) | A | Dividend | J | T | Sold (part) | 08/31/20 | J | B | |
| 24. Goldman Sachs Int'l Small Cap Insights Fund Class I (GICIX) | A | Dividend | J | T | | | | | |
| 25. Goldman Sachs Absolute Return Tracker Fund (GJRTX) (X) | A | Dividend | J | T | | | | | |
| 26. Oakmark International Fund Advisor Class (OAYIX) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 27. The Oakmark Int'l Fund (OAKIX) | | None | | | Sold | 07/24/20 | J | | |
| 28. Hartford World Bond Fund (HWDIX) | A | Dividend | J | T | | | | | |
| 29. John Hancock Disciplined Value Mid Cap Fund (JVMIX) | A | Dividend | J | T | | | | | |
| 30. MFS Value Fund (MEIIX) | A | Dividend | J | T | Sold (part) | 08/31/20 | J | A | |
| 31. American Funds New World Fund Class F-2 (NFFFX) | A | Dividend | J | T | | | | | |
| 32. Northern Trust Small Cap Value Fund (NOSGX) | A | Dividend | J | T | | | | | |
| 33. Pimco Income Fund (PONPX) | A | Dividend | J | T | | | | | |
| 34. Principal Real Estate Securities (PIREX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beyer, Laura T. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Principal Global Multi Strategy Fund Class 1 (PSMIX) | A | Dividend | J | T | | | | | |
| 36. General Money Market Fund Cl B (Y) | | | | | | | | | |
| 37. TIAA CREF Bond Fund Advisor (TIBHX) | A | Dividend | J | T | | | | | |
| 38. Western Asset Core Bond Fund (WATFX) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 39. Goldman Sachs Activebeta Large Cap Equity (GSLC) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 40. IShares Tr Gold Shares (IAU) (X) | | None | J | T | | | | | |
| 41. IShares Tr MSCI Value Factor ETF (VLUE) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 42. Account #2 (H) | | | | | | | | | |
| 43. Schwab 1000 Index Fund (SNXFX) | A | Dividend | J | T | | | | | |
| 44. Vanguard Growth & Income Fund Investor Shares (VQNPX) | A | Dividend | J | T | | | | | |
| 45. Account #3 (H) | | | | | | | | | |
| 46. Janus Growth & Incm CL T (JAGIX) | A | Dividend | J | T | | | | | |
| 47. Schwab 1000 Index Fund (SNXFX) | A | Dividend | J | T | | | | | |
| 48. Account #4 (H) | | | | | | | | | |
| 49. SAGIC Diversified Bond II | A | Dividend | K | T | | | | | |
| 50. Baird Aggregate Bond Fund | A | Dividend | M | T | Buy (add'l) | 04/02/20 | J | | |
| 51. BlackRock iShrs US Ag Bd In Fd | A | Dividend | M | T | Buy (add'l) | 04/02/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beyer, Laura T.** | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. MFS Value Fund | B | Dividend | M | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 53. BlackRock Equity Index CIT | C | Dividend | N | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 56. MassMutual Sel TRP/LS Blue Chip Growth Fd | A | Dividend | L | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 57. Vanguard FTSE Social Index Fd | A | Dividend | L | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 58. JP Morgan Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 59. Fidelity Extended Markt Idx Fd | A | Dividend | L | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 60. MassMutual Select Mid Cap Growth Fund | A | Dividend | K | T | | | | | |
| 61. American Century Sm Cap Val Fd | A | Dividend | L | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 62. Goldman Sachs Sm Cap Gr Inst Fd | A | Dividend | L | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 63. Vanguard Tot Intl Stck Indx Fd | B | Dividend | M | T | Buy<br>(add'l) | 04/02/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 66. American Funds EuroPacific Gr Fund | A | Dividend | K | T | | | | | |
| 67. Account #5 (H) | | | | | | | | | |
| 68. Wells Fargo Deposit Account (cash) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beyer, Laura T. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  AT&T Inc. (T) | B | Dividend | K | T | | | | | |
| 70.  Coca-Cola Company (KO) | A | Dividend | K | T | | | | | |
| 71.  Johnson & Johnson (JNJ | B | Dividend | L | T | | | | | |
| 72.  Lowes Companies, Inc. (LOW) | A | Dividend | K | T | | | | | |
| 73.  Mastercard Inc Cl A (MA) | A | Dividend | K | T | Buy | 03/04/20 | J | | |
| 74.  Pepsico Inc. (PEP) | A | Dividend | K | T | | | | | |
| 75.  Pfizer Incorporated (PFE) | A | Dividend | K | T | | | | | |
| 76.  Proctor & Gamble Co. (PG) | B | Dividend | L | T | | | | | |
| 77.  Viatris Inc Com (VTRS) (X) | A | Dividend | J | T | | | | | |
| 78.  VISA Inc. Class A (V) | A | Dividend | M | T | | | | | |
| 79.  Account #6 (H) | | | | | | | | | |
| 80.  Baron Asset Fund Institutional Class | A | Dividend | J | T | | | | | |
| 81.  DWS Enhanced Commodity Strategy Fund | A | Dividend | J | T | Sold (part) | 08/31/20 | J | | |
| 82.  Dodge & Cox Int'l Fund | A | Dividend | J | T | | | | | |
| 83.  Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 84.  Fidelity Advisor New Insights Fund | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 85. | | | | | Sold (part) | 08/31/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beyer, Laura T. | 08/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Advisor Intermediate Muni Income Fund | A | Distribution | K | T | | | | | |
| 87. Franklin Federal Intermediate--Term Tax-Free Income Fund | A | Distribution | | | Sold | 08/31/20 | K | A | |
| 88. John Hancock Disciplined Value Mid Cap Fund | A | Dividend | J | T | | | | | |
| 89. MFS Value Fund | A | Dividend | J | T | Sold (part) | 04/13/20 | J | A | |
| 90. | | | | | Sold (part) | 08/31/20 | J | A | |
| 91. American Funds New World Fund | A | Dividend | J | T | | | | | |
| 92. Northern Trust Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 93. Principal Real Estate Securities | A | Dividend | J | T | | | | | |
| 94. T Rowe Price Emerging Markets Stock | A | Dividend | J | T | | | | | |
| 95. The Tax Exempt Bond Fund of America Class F2 (TEAFX) | A | Dividend | K | T | Buy | 08/31/20 | K | | |
| 96. Goldman Sachs Tr Activebeta US Large Cap Equity (GSLC) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 97. IShares Gold Tr Ishares (IAU) | | None | J | T | Buy | 04/13/20 | J | | |
| 98. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 99. IShares Tr MSCI USA Value Factor (VLUE) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 100. General Mny Mkt. Fund (Y) | | | | | | | | | |
| 101. Account #7 (H) | | | | | | | | | |
| 102. Charles Schwab Bank Checking Account (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Boeing Co (BA) | | None | J | T | Buy | 09/14/20 | J | | |
| 104. Capital One FC (COF) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 105. Conocophillips (COP) | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 106. CVS Health Corp (CVS) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 107. Hilton Worldwide (HLT) | | None | J | T | Buy | 08/17/20 | J | | |
| 108. Pfizer Inc (PFE) | | None | J | T | Buy | 11/19/20 | J | | |
| 109. Soutwest Airlines (LUV) | | None | J | T | Buy | 08/03/20 | J | | |
| 110. Schwab Markettrack Growth (SWHGX) | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 111. Account #8 (H) | | | | | | | | | |
| 112. Learning Quest 529 Aggressive Portfolio (X) | | None | K | T | | | | | |
| 113. Learning Quest 529 Moderate Portfolio | | None | M | T | Sold<br>(part) | 06/29/20 | J | | |
| 114. | | | | | Sold<br>(part) | 08/03/20 | J | | |
| 115. Learning Quest 529 Conservative Portfolio (X) | | None | L | T | Sold<br>(part) | 06/29/20 | J | | |
| 116. | | | | | Sold<br>(part) | 08/03/20 | J | | |
| 117. Account #9 (H) | | | | | | | | | |
| 118. VA 529 Aggressive Portfolio | | None | M | T | Buy<br>(add'l) | 10/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Beyer, Laura T.** | 08/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

General Money Market Fund Cl B is the complete and proper name of the asset.

Part VII, Account #4 is employer sponsored and managed by RetireSmart. Specific transaction data is not provided or otherwise available to the plan participant. Transactions are identified in this report to the best of the filer's information and belief.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, code "Q" appraisal date is December 31, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura T. Beyer**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544